Page #8,

June 7th, 2007

JUL 23 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

2:07-cv-01465 UCK EFB PC

Honorable Judge Lawrence Karlton:

This paper I'm force to write on mean's nothing to the Employee's at San Quentin State Prison. I'm kept in a cell 7 days per-week 24 hour's a day. The Prison Guard's tell me they have NO. writing pen or C.D.C. 602 Appeal Forms to give me. The S.Q. Appeal Coordinator will not give me the C.D.C. 602 Appeal Form's Everyday!, I'm told NO!, after I-politely ask for a few C.D.C. 602 Appeal Form's "everyday!"

When I'm told "NO!," you can not appeal what "Adversely Affects me you," it promotes "hostile attitude!," and a pay raise for the Employee's! I-apologize for my spelling, but not for my civilian-prisoner attitude. I've written this petition for requesting a Court Order to be issue to Mr. Robert L. Ayers, Jr., Warden C.S.P.S.Q., to NOT transfer me but re-house me back to S.Q. Hospital 3rd Floor., Provide me writing pen's, C.D.C. 602 Appeal Forms: Reply to my C.D.C. 602 Appeal Forms, and Inmate Request Forms, Criminally Prosecute Prison Guard Sergeant Mr. B. Walls, and his co-prison guard conspirator, for Assault and Battery that took place on Jan. 28th, 2007. I'm the Victim. I-Fernando Roy Guanill (D.O.B. 07-02-1955), (Cal/I.D.#N6131913), do declare under the penalty of perjury and under the Laws of the state of CALIFORNIA, that the statements are true and correct to the best of my knowledge.

Sincerely
x Fernando R. Guanill
Fernando Roy Guanill
C.D.C.R, Prisoner # V58225
S.Q.S.P. (2-C2) June 7th, 2007

C.C, Judge T.H,
C.C. Judge C,
C.C.S.J.P,
C.C, A.L,
C.C. B.M,
C.C. R,B.A,
C.C. D.S
C.C. F.R.G.

Will-U Help?