UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


FILED
AUG 16 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

**FERNANDO R GUANILL,**
Plaintiff(s)/Petitioner(s),

vs.

CASE NO. 2:07-CV-01465-LKK-EFB

**SAN QUENTIN STATE PRISON,**
Defendant(s)/Respondents(s).

---

**IMPORTANT:**
**IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.**

---

☐ **CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: _____     Signature: _____

Print Name: _____
( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
( ) Counsel for *_____

---

☐ **DECLINE OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: 08/02/07     Signature: Fernando R. Guanill

Print Name: FERNANDO R. GUANILL
(X) Plaintiff/Petitioner  ( ) Defendant/Respondent
( ) Counsel for *_____

---

*If representing more than one party, counsel must indicate name of each party responding.*

MIME-Version:1.0 From:caed_cmecf_helpdesk@caed.uscourts.gov
To:caed_cmecf_nef@localhost.localdomain Fernando R Guanill
V-58225
SAN QUENTIN STATE PRISON (SQ-1)
SAN QUENTIN CA 94964
US Message-Id: Subject:Activity in Case 2:07-cv-01465-LKK-EFB (PC) Guanill v. San Quentin State Prison Prisoner New Case Documents for LKK Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** *You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.*

U.S. District Court

Eastern District of California – Live System

**Notice of Electronic Filing**

The following transaction was entered on 7/23/2007 at 2:27 PM PDT and filed on 7/23/2007

*Case Name:*     (PC) Guanill v. San Quentin State Prison
*Case Number:*   2:07-cv-1465
*Filer:*
*Document Number:* 1
*Docket Text:*
PRISONER NEW CASE DOCUMENTS ISSUED; (Attachments: # (1) Consent Forms) (Cayo, A)

**2:07-cv-1465 Electronically filed documents will be served electronically to:**

**2:07-cv-1465 Electronically filed documents must be served conventionally by the filer to:**
Fernando R Guanill
V-58225
SAN QUENTIN STATE PRISON (SQ-1)
SAN QUENTIN CA 94964
US