# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

## OFFICE OF THE CLERK
**501 "I" Street**
**Sacramento, CA 95814**

United States District Court
Northern District of California
450 Golden Gate Ave. 16th Floor
San Francisco, CA 94102

**RE:**         **FERNANDO R GUANILL vs. SAN QUENTIN STATE PRISON**
**USDC No.:**     **2:07−CV−01465−LKK−EFB**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated September 21, 2007 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 4.**

    Documents maintained electronically by the district court are accessible through
    PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

                          Very truly yours,

**September 21, 2007**         /s/ **J. Donati**

                          Deputy Clerk

RECEIVED BY:

                          Please Print Name

DATE RECEIVED:

NEW CASE
NUMBER: