UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FERNANDO R. GUANILL,

           Plaintiff,

  v.

SAN QUENTIN STATE PRISON et al,

           Defendant.

_____/

Case Number: C07-4962 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 20, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fernando Roy Guanill V58225
San Quentin State Prison SQ-1
San Quentin, CA 94964

Dated: November 20, 2007

                       Richard W. Wieking, Clerk
                       By: Cora Klein, Deputy Clerk

                       *Cora Klein*