Fernando P. Guanill
Cal/I.D.# N6131913
April 18th, 2008

Judicial Council:   C07-4962VRW

First-thing-first: I must express my appreciation to the staff and the members who make the system work for the people "Thanks!"...for taking the time out of your busy, hectic and grueling schedule to provide me your much needed help and professional courteous services.

Please, allow me to express one of my many hopes... I hope that everyone there is in good health, are in a cheerful mood and are doing well.

As for me, I feel that I'm in a "Catch 22 cliche." Allow me to carefully explain: I address a "Writ of Habeas Corpus" to the "Administrative Judge" at the Hall of Justice, 850 Bryant St., San Francisco, CA. 94103 Last month. Inside the manila envelope I enclosed a letter address to the "Clerk of the Court"... I do not know the Administrative Judge NAME. I politely asked/begged the Clerk of the Court to please forward me a copy of my habeas corpus writ. At the time (Last month), I was placed/kept in Administrative Segregation (the box, the cooler, the hoe) and the only access to the Law Library was by inner dept-mail, and it is well known the a prisoner's Legal Documents gets misplaced. I have no photo copy of my writ nor any money to pay for a photo-copy. As of this day I have not visit the D.V.I. Law Library and I have put my D.V.I. Inmate Request to visit/use the Law Library every week.

O.K. I do not have an idea of what a reasonable amount of time to recieve a reply from the Clerk of the Court is [I need a photo-copy of my writ], and at the same time (it's my understanding now), that only a Honorable Judge can order the Clerk of the Court to make and forward me a copy of my writ.

More →

"I'm Living a terrible tragic travesty daily!" and U.S. of A. history demonstrate's that honorable judge's tradition of strategic blindness toward's individual's with NO social economic status are denied fundamental rights, the due process clause, the equal protection clause and the opportunity to exercising and experiencing freedom

If I make awkward-assumption that the San Francisco Hall of Justice Administrator of Judges deliberately put aside my polite request for a copy of my writ of habeas corpus (I-did attach a self-address stamped envelope to the letter) or that the clerk failed to reply too my request. The Honorable Judge may-not "read" my writ but put his/her mark on it or the clerk may miss-place my writ... Both ~~~~ of these action's have taken place. It may not be a crime to them but I-have been the vic~~tim~~. I apologize for my spelling and do not wish to jump too a conclusion nor will I accept the past Court problem's I've experience, as the sole determinant of the future

Should my letter/request be address to the Administrative Judge/Clerk of the Court... who is responsible to provide a reply? I-need/must file a complain and address the complain to the one who must be accountable.

For a copy of my writ, I'm in a catch 22 cliche' but if I had money I could and would pay a lawyer for a copy and not fear my writ being deny because of making a complain.

I, Fernando Roy Guanill (D.O.B. 07/02/1955, Cal/I.D# N6131913), do declare under federal/state Law's of California and the penalty of perjury that the statements are true.

Cordially
Fernando R. Guanill
Fernando Roy Guanill
C.D.C.R. Prisoner #V58225
April. 18th, 2008

I-Arrived on March 6th, 2008 4/8/08

# DVI LAW LIBRARY

**NAME : GUANILL**

**CDC# : V58225**

**HOUSE : D-212L**

**PROCESSING DATE : 4/15/2008**

You have been placed on the Legal Library waiting list as of the date STAMPED on this form. NOTE: You only need to put in one(1) form to get access OR any other requests.

| ID#: | FORM: |
|---|---|
| 7 | INMATE APPEAL . |
| 22 | POWER OF ATTORNEY |
| 212 | 4 SHEETS OF PAPER |
| 2 | REQUEST FOR TAPE HEARING |
| 11 | ADA AMERICANS WITH DISABILITIES REQUEST FOR ACCOMMODATION |

If you have submitted a second request within the current week, your order will not be processed.

**AGAIN, ONLY ONE (1) LEGAL REQUEST PER WEEK !**
**THE LIBRARY DOES NOT CIRCULATE RECREATIONAL / LEGAL MATERIALS TO RC OR AD-SEG INMATES UNLESS STAFF INITIATED.**

DEUEL VOCATIONAL INSTITUTION
P.O. BOX 600
TRACY, CA.   95378-0600

Name Fernando Roy Gusvill
CDC # V58225
Housing Unit & Bed # D-212

**State Prison
Generated Mail**

DVI RECEPTION CENTER

Judicial Council of Preformence
450 Golden Gate Ave.
San Francisco, CA. 94102



Hasler
016H26516708
$00.41⁰
Mailed From 95378
04/21/2008
US POSTAGE

**RC**

RECEIVED

08 APR 23 PM 1:25

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA